IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

OLGA CHOROLEC,

Plaintiff,

vs.

BALLY TOTAL FITNESS CORPORATION,

Defendant.

**NOTICE, CONSENT AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

Case No. 00-CV-1548 PAM/JGL

**JURY TRIAL REQUESTED**

**NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this cast including a jury or nonjury trial, and to order the entry of a final judgment Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| Gerald W. Bosch, Esq. | Plaintiff Olga Chorolec | 8/10/2000 |
| Richard L. Leighton, Esq. | Defendant Bally Total Fitness | 7/28/00 |

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Hon. Jonathan G. Lebedoff, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Dated: August 14, 2000

Hon. Paul A. Magnuson,
Chief District Court Judge

Date: August 14, 2000 dl

RECORD OF DOCKET TEXT

0:00-cv-01548 Chorolec v. Bally Total Fitness

DOCKET ENTRY

CONSENT TO TRIAL AND ORDER OF REFERENCE (Judge Paul A. Magnuson / 8/15/00) before Magistrate Judge Jonathan G. Lebedoff with appeal to 8th Circuit Court of Appeals (CASE NUMBER REMAINS THE SAME EXCEPT FOR INITIALS - PLEASE USE 00-1548JGL FOR ALL FUTURE FILINGS WITH THE COURT) 2pg(s)

Hon. Jonathan G Lebedoff, Judge

THIS NOTICE SENT TO ALL COUNSEL