ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

OLGA CHOROLEC,

Plaintiff,

vs. Case No. 00-CV-1548 JGL

BALLY TOTAL FITNESS
CORPORATION,

Defendant.

**ORDER AMENDING**
**PRE-TRIAL SCHEDULE**

This matter comes now before the Court, without a hearing, upon the Parties' joint stipulation and Defendant's motion for amendment of the Court's pre-trial schedule in this matter. Upon the Court's finding there to be just cause for the amendment of the pre-trial schedule,

IT IS HEREBY ORDERED,

1. That Plaintiff shall disclose all expert witness reports by **April 1, 2001**; Defendant shall disclose all expert witness reports by **May 1, 2001**;

2. The period during which the parties may seek discovery shall be completed by **June 1, 2001**;

3. This case will be considered "ready for trial" as of **September 1, 2001**.

4. That the Court's Pretrial Order of August 30, 2000 shall in all other respects remain in effect except as hereinabove amended in sub-parts (a.), (b.) and (c.);

Dated: March 6, 2001

BY THE COURT:

[signature]

Hon. Jonathan G. Lebedoff,
Magistrate Judge

MAR 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

OLGA CHOROLEC,

Plaintiff,

vs.

Case No. 00-CV-1548 JGL

BALLY TOTAL FITNESS
CORPORATION,

**ORIGINAL**

Defendant.

---

**STIPULATION AND ORDER**
**FOR AMENDED PRE-TRIAL**
**DISCOVERY SCHEDULE**

WHEREAS, Defendant did not receive until January 2001 Plaintiff's responses to Defendant's written discovery that Defendant had served in August 2000;

WHEREAS, Plaintiff failed to appear for her deposition as previously noticed by Defendant for Monday, February 5, 2001;

WHEREAS, Plaintiff has served in January 2001 her own written discovery that she wishes to complete with Defendant;

WHEREAS, the Parties agree that they will have difficulty meeting the current discovery and expert disclosure deadlines within the Court's Pretrial Order dated August 30, 2000;

WHEREAS, the Parties agree that the adequate completion of discovery in this case requires an amendment of the Court's current Scheduling Order deadlines in this matter as indicated below;

WHEREAS, the parties have agreed to the Amended Schedule set forth below to facilitate the orderly completion of the pre-trial discovery in this matter; and

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, in lieu of a formal motion by Defendant for protective relief and to compel Plaintiff's attendance at her deposition (including without limitation to an award of Defendant's fees and costs incurred as the result of Plaintiff's failure to appear for her February 5 deposition); the Parties have agreed to the award of prospective relief against Plaintiff as set forth below in the event of any further failure by Plaintiff to timely comply with the taking and completion of her deposition;

NOW, THEREFORE, the parties stipulate, and request the Court's approval of the following:

1. That Court's Pre-Trial Order of August 30, 2000, be partially amended as follows:

   a. Plaintiff shall disclose all expert witness reports by **April 1, 2001**; Defendant shall disclose all expert witness reports by **May 1, 2001**;

   b. The period during which the parties may seek discovery shall be completed by **June 1, 2001**;

   c. This case will be considered "ready for trial" as of **September 1, 2001**.

   d. That the Court's Pretrial Order of August 30, 2000 shall in all other respects remain in effect except as hereinabove amended in sub-parts (a.), (b.) and (c.);

2. That on or before March 16, 2001, Plaintiff shall appear and attend her deposition at the offices of Defendant's attorneys at such mutually convenient time and date on or before March 16, 2001 as counsel for the Parties may agree upon; and

3. That all other discovery in the above-entitled matter shall be held in abeyance pending completion of Plaintiff's deposition;

4. That in the event Plaintiff shall fail to appear for her deposition as scheduled in accordance with this order, then upon motion to this Court by Defendant, and after due notice and hearing, Plaintiff shall be subject to sanctions, including without limitation to Defendant's costs and disbursements incurred as the result of Plaintiff's non-compliance.

Dated: 3/01/2001

BOSCH LAW FIRM, Ltd.

By: ______________________
Gerald W. Bosch, #237334
240 MILL PLACE
111 THIRD AVENUE SOUTH
Minneapolis, MN 55401-2579
(612) 333-8300
*Attorney for Plaintiff*

Dated: 2/23/01

RICHARD L. LEIGHTON, P.A

By: ______________________
Richard L. Leighton, #62042
Suite 2960
222 South Ninth Street
Minneapolis, MN 55402-3369
(612) 215-3304
*Attorney for Defendant*

**Order**

This Court Pre-trial Order in the above-entitled matter, dated August 30, 2000, is hereby amended in part in accordance with the foregoing stipulation of the Parties.

Dated: March 5, 2001

______________________
Hon. Jonathan Lebedoff,
US Magistrate Judge